Return To:
LESLIE ANN HOUSE OF HAYMOND
GENERAL EXECUTRIX
C/O 525K EAST MARKET STREET STE 110
LEESBURG, VA 20176

FILED

2013 FEB 19  A 9: 05

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Re: LESLIE ANN HAYMOND, et al )  Case No: **12-17191**
　　　　　　Debtor　　　　　　　　 )  **Chapter 13**
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )  JUDICIAL NOTICE OF A LIVING WOMAN
　　　　　　　　　　　　　　　　　　 )

NOW COMES, LESLIE ANN HAYMOND hereinafter "Leslie Ann Haymond, GRANTOR," or any variations/derivatives thereof, under the authority that a living woman, whose life and ALL PROCEEDS/ENERGY derived there from her inheritance directly given to her from Elohim her Creator, was not born dead (see IRS Manual 21.7.13.3.2.2) is presently alive, is not dead, nor presumed dead, or lost at sea, henceforth and therefore is formally announcing and informing that her will and intent is to settle and close ALL accounts associated with this case.

Further validated by authority of the Social Security Administration, a government agency, See Exhibit 1, dated December 20, 2012, that there is no information available to them that this person, LESLIE ANN HAYMOND, is deceased.

　　　　　　　　　　　　　　　　　　Respectfully submitted this 19th day of February AD 2013,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Leslie Ann Haymond, Grantor

EXHIBIT 1



## SOCIAL SECURITY

Refer to: S2RB126/07
S9H: AI9660

December 20, 2012

LESLIE HAYMOND
C/O 525 EAST MARKET ST # 110
LEEBURG VA 20176

Re: LESLIE ANN HAYMOND
SSN: ███ 9601

Dear Ms. Haymond:

We cannot send you a copy of this person's application for a Social Security number. There is no information available to us that indicates this person is deceased.

The Privacy Act of 1974 (5 U.S.C. 552a(b)) restricts disclosure of the information you requested. We do not disclose to the public personal information from our records about living individuals unless disclosure would serve the public interest to a degree that outweighs the individual's right to privacy. The only public interest we can consider is whether the information would improve public oversight and public accountability by giving the public insight into an agency's performance of its duties. I cannot find that disclosing this information would provide any such insight. This policy is consistent with the Freedom of Information Act, which exempts from its requirements any disclosure that would be a clearly unwarranted invasion of personal privacy (5 U.S.C. § 552(b)(6)).

Thank you for your payment to cover the cost of searching our records. If you can send proof of death for this individual, we can provide the record at no additional charge.

If you disagree with this decision, you may request a review. Mail your appeal within 30 days after you receive this letter to the Social Security Administration, Office of Privacy and Disclosure, 617 Altmeyer Building, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal."

Sincerely,

*Dawn S. Wiggins*

Dawn S. Wiggins
Freedom of Information Officer